# IN THE SUPREME COURT OF THE STATE OF NEVADA

KYMTIKA MOORE,
Appellant,
vs.
OASIS RAINBOW FEE OWNER LLC,
Respondent.

No. 74805

FILED

FEB 13 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This appeal was docketed in this court on January 5, 2018, without payment of the requisite filing fee. On that same day a notice was issued directing appellant to pay the filing fee within ten days. The notice further advised that failure to pay the filing fee within ten days would result in the dismissal of this appeal. Accordingly, cause appearing, this appeal is dismissed.

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: Elizabeth A B.

cc:  Hon. Ronald J. Israel, District Judge
Kymtika Moore
Law Offices of Scott M. Clark, P.C.
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

18-05981